Form 3-1

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**        **FORM 3**

---

**NUCOR CORPORATION,**

                                        **Plaintiff,**

    **v.**

**UNITED STATES,**

                                        **Defendant.**

---

**SUMMONS**
**Court No. 26-00708**

**TO:**   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. □ 1581(c) to contest the determination described below.



_/s/ Gina Justice_
Clerk of the Court

1.  Plaintiff is Nucor Corporation. Plaintiff is a domestic producer of corrosion-resistant steel products and thus is an interested party as defined by 19 U.S.C. § 1677(9)(C). Plaintiff was also a participant in the investigation under review. Plaintiff therefore has standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
    (Name and standing of plaintiff)

2.  Plaintiff contests certain aspects of the U.S. Department of Commerce's final determination in the countervailing duty investigation of certain corrosion-resistant steel products from Brazil. _Certain Corrosion-Resistant Steel Products from Brazil_, 90 Fed. Reg. 42,204 (Dep't Commerce Aug. 29, 2025). This determination is contested pursuant to 19 U.S.C. § 1516a(2)(A)(i)(II) and (a)(2)(B)(i).
    (Brief description of contested determination)

3.  August 25, 2025
    (Date of determination)

4.  The U.S. _Department_ of Commerce determination was published on August 29, 2025 (90 Fed. Reg. 42,204). The Countervailing Duty Order was published on December 19, 2025 (90 Fed. Reg. 59,488).
    (If applicable, date of publication in Federal Register of notice of contested determination)

Form 3-2

Name, Firm, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

_/s/ Alan H. Price_
Signature of Plaintiff's Attorney

January 16, 2026
Date

Alan H. Price, Esq.
Christopher B. Weld, Esq.
Stephanie M. Bell, Esq.
Adam M. Teslik, Esq.

**Wiley Rein LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000
WileyTrade@wiley.law

**SEE REVERSE SIDE**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. □ 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney in Charge
**International Trade Field Office**
Department of Justice, Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Supervising Attorney
**Civil Division – Commercial Litigation Branch**
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
**U.S. Department of Commerce**
14th Street and Constitution Ave., NW
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)