FORM 11-1

# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 11

| | |
|---|---|
| **NUCOR CORPORATION**<br>                    **Plaintiff,**<br>    v.<br>**UNITED STATES**<br>                    **Defendant.** | **Court No. 26-00708** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for Nucor Corporation, plaintiff in this action.

■ and for the parties indicated in the actions listed on the attached schedule and requests that all papers be served on him/her.

☐ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Alan H. Price.

Date: <u>January 16, 2026</u>    */s/ Alan H. Price*
                                Alan H. Price, Esq

                                **Wiley Rein LLP**
                                2050 M Street, NW
                                Washington, DC 20036
                                (202) 719-7000
                                WileyTrade@wiley.law

FORM 11-2

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**     FORM 11

| | |
|---|---|
| **NUCOR CORPORATION**<br>　　　　　　　　　　**Plaintiff,**<br>　v.<br>**UNITED STATES**<br>　　　　　　　　　　**Defendant.** | **Court No. 26-00708** |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for Nucor Corporation, plaintiff in this action.

☐ and for the parties indicated in the actions listed on the attached schedule and requests that all papers be served on him/her.

■ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Alan H. Price.

Date: <u>January 16, 2026</u>　　　　　　　　　　*/s/ Christopher B. Weld*
　　　　　　　　　　　　　　　　　　　　　　　Christopher B. Weld, Esq.

　　　　　　　　　　　　　　　　　　　　　　　**Wiley Rein LLP**
　　　　　　　　　　　　　　　　　　　　　　　2050 M Street, NW
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　　　　(202) 719-7000
　　　　　　　　　　　　　　　　　　　　　　　WileyTrade@wiley.law

FORM 11-3

# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 11

| | |
|---|---|
| **NUCOR CORPORATION**<br>　　　　　　　　　**Plaintiff,**<br>　v.<br>**UNITED STATES**<br>　　　　　　　　　**Defendant.** | **Court No. 26-00708** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for Nucor Corporation, plaintiff in this action.

☐ and for the parties indicated in the actions listed on the attached schedule and requests that all papers be served on him/her.

■ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Alan H. Price.

Date: <u>January 16, 2026</u>　　　　　　　　　*/s/ Stephanie M. Bell*
　　　　　　　　　　　　　　　　　　　　　Stephanie M. Bell, Esq.

　　　　　　　　　　　　　　　　　　　　　**Wiley Rein LLP**
　　　　　　　　　　　　　　　　　　　　　2050 M Street, NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　　(202) 719-7000
　　　　　　　　　　　　　　　　　　　　　WileyTrade@wiley.law

FORM 11-4

# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 11

| | |
|---|---|
| **NUCOR CORPORATION**<br>　　　　　　　　　　**Plaintiff,**<br>　v.<br>**UNITED STATES**<br>　　　　　　　　　　**Defendant.** | **Court No.  26-00708** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for Nucor Corporation, plaintiff in this action.

☐ and for the parties indicated in the actions listed on the attached schedule and requests that all papers be served on him/her.

■ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Alan H. Price.

Date: <u>January 16, 2026</u>                 <u>*/s/ Adam M. Teslik*</u>
                                              Adam M. Teslik, Esq.

                                              **Wiley Rein LLP**
                                              2050 M Street, NW
                                              Washington, DC 20036
                                              (202) 719-7000
                                              WileyTrade@wiley.law