# CERTIFICATE OF SERVICE

PUBLIC SERVICE
*Nucor Corporation v. United States*
**Court No. 26-00708**

I certify that a copy of this public submission was served to the following parties, via certified mail, on January 16, 2026.

                                          */s/ Stephanie M. Bell*
                                          Stephanie M. Bell, Esq.

Thomas M. Beline, Esq.
**Cassidy Levy Kent (USA) LLP**
2112 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037

Stephen P. Vaughn, Esq.
**King & Spalding LLP**
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4706

John Anwesen, Esq.
**Lighthill PC**
300 New Jersey Avenue, NW
Suite 300
Washington, D.C. 20001

Brittney Powell, Esq.
**Fox Rothschild LLP**
2020 K Street, NW, Suite 500
Washington, D.C. 20006

Celso Henrique Cadete de Figueiredo
**Barral Parente Pinheiro Advogados**
SHIS QI 25 cj. 12 e 15 (Lago Sul), Brasília, DF, 71660-320

Supervising Attorney
**Civil Division – Commercial Litigation Branch**
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

Roger B. Schagrin, Esq.
**Schagrin Associates**
Washington, DC 20001900 7th Street, NW
Suite 500
Washington, DC 20001

Eric Emerson, Esq.
**Steptoe LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036-1795

Gregory J. Spak, Esq.
**White & Case LLP**
701 Thirteenth Street, NW
Washington, DC 20005-3807

Aluisio Gomien de Lima Campos
**Embassy of Brazil**
3006 Massachusetts Ave., NW
Washington, DC 20008

Attorney in Charge
**International Trade Field Office**
Department of Justice, Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

General Counsel
**U.S. Department of Commerce**
14th Street and Constitution Ave., NW
Washington, DC 20230