**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| NUCOR CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　Defendant. | Court No. 26-00708 |

## ORDER OF DISMISSAL

　　Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).

　　　　　　　　　　　　　　　　　　　　　　　Gina Justice
　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court


　　　　　　　　　　　　　　　　　　By:　　/s/ Scott Warner
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk


Date:　February 19, 2026
　　　　New York, New York